No. 74–592. SUTHERLAND *v.* IMMIGRATION AND NATURALIZATION SERVICE, 420 U. S. 946;

No. 74–701. ECONOMY FINANCE CORP. ET AL. *v.* UNITED STATES, 420 U. S. 947;

No. 74–788. ADDRISI *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, 420 U. S. 929; and

No. 74–812. CHAMPION OIL SERVICE Co. *v.* SINCLAIR OIL CORP. ET AL., 420 U. S. 930. Petitions for rehearing denied.

No. 74–787. WILLIS *v.* UNITED STATES, 420 U. S. 963. Motion for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

APRIL 21, 1975*

No. 74–1078. GONZALES *v.* COUGHENOUR. Affirmed on appeal from D. C. N. M.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 74–587, *Bowen* v. *United States, infra,* p. 929; No. 74–588, *School Town of Speedway* v. *United States, infra,* p. 929; No. 74–605, *Board of School Comm'rs* v. *United States, infra,* p. 929; No. 74–806, *Keen* v. *United States, infra,* p. 929; No. 74–857, *Bucolo* v. *Florida, infra,* p. 927; No. 74–873, *Phillips* v. *Graf Electric, Inc., infra,* p. 929; No. 74–876, *Draganescu* v. *First National Bank of Hollywood, infra,* p. 929; No. 74–877, *Harden* v. *Parks, infra,* p. 926; No. 74–963, *First National Bank of Fayetteville* v. *Smith, infra,* p. 930; No. 74–965, *Warner Co.* v. *United States, infra,* p. 930; No. 74–976, *Dunham* v. *United States, infra,* p. 930; No. 74–982, *Hearst Corp.* v. *Los Angeles Newspaper Guild, infra,* p. 930; No. 74–988, *McCord* v. *United States, infra,* p. 930; No. 74–992, *Seaver* v. *Wiegand, infra,* p. 924; No. 74–1070, *Rey* v. *Texas, infra,* p. 926; No. 74–1078, *Gonzales* v. *Coughenour, infra,* this page; No. 74–1086, *Los Angeles Newspaper Guild* v. *Hearst Corp., infra,* p. 930.